**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DIMITRY SHAMOOTIN, KENNETH FISHER, ANDREW MARTIN, and GREGG GAROFALO, individually and on behalf of others similarly situated,**

    **Plaintiffs,**

v.                                                            Case No.  8:05-cv-1794-T-30MAP

**RESIDENTIAL FINANCE CORPORATION, MICHAEL ISAACS, and DAVID STEIN,**

    **Defendants.**
_____/

## **ORDER OF DISMISSAL**

    The Court has been advised via a Notice of Settlement (Dkt. #31) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

    **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any,  are **DENIED** as moot.  The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida on February 27, 2006.

                                                                   JAMES S. MOODY, JR.
                                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-1794.dismissal.wpd