UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DIMITRY SHAMOOTIN, KENNETH
FISHER, ANDREW MARTIN, and
GREGG GAROFALO, individually and
on behalf of others similarly situated,**

    Plaintiffs,

v.     Case No.  8:05-cv-1794-T-30MAP

**RESIDENTIAL FINANCE
CORPORATION, MICHAEL ISAACS,
and DAVID STEIN,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon the parties' Joint Motion and Memorandum of Law Requesting Approval of Settlement Agreements and Entry of An Order of Dismissal (Dkt. #37) and Stipulation of Dismissal With Prejudice (Dkt. #39).  The Court, having considered the motions, memoranda, settlement agreements filed *in camera*, and being otherwise advised in the premises, finds that the parties' Stipulation of Dismissal With Prejudice and Joint Motion and Memorandum of Law Requesting Approval of Settlement Agreements and Entry of An Order of Dismissal should be approved, except for the amount of attorneys' fees and costs proposed to be paid to Plaintiffs' attorney within the settlement agreements.

The Court finds that the settlement agreements represent a reasonable compromise of the Plaintiffs' claims pursuant to the Fair Labor Standards Act and otherwise satisfy the essential requirements of the law, except to the extent that Plaintiffs' attorney is unable to

substantiate the amount of attorney's fees and costs proposed to be paid by Defendants to Plaintiffs' attorney within such agreements.

Accordingly, it is ORDERED AND ADJUDGED that:

1. The parties' Joint Motion and Memorandum of Law Requesting Approval of Settlement Agreements and Entry of An Order of Dismissal (Dkt. #37) is GRANTED, except for the amount of attorneys' fees and costs proposed to be paid to Plaintiffs' attorney.

2. This Court reserves jurisdiction to determine the amount of attorney's fees and costs that should be reasonably paid to Plaintiffs' attorney.

3. Plaintiffs shall within thirty (30) days of the date of this Order file supporting attorneys' fee affidavits and time sheets substantiating the attorney's fee and cost amount proposed to be paid by Defendants in the settlement agreements filed *in camera*.

4. The parties' Stipulation of Dismissal With Prejudice (Dkt. #39) is approved, each party shall bear their own attorneys' fees and costs in relation to claims brought by or against Dimtry Shamootin.

5. This case is hereby dismissed with prejudice.

6. The Clerk is directed to close this case and terminate all pending motions.

**DONE** and **ORDERED** in Tampa, Florida on April 11, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-1794.stip dis.wpd