**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DIMITRY SHAMOOTIN, KENNETH FISHER, ANDREW MARTIN, and GREGG GAROFALO**, individually and on behalf of others similarly situated,

    Plaintiffs,

v.           Case No. 8:05-cv-1794-T-30MAP

**RESIDENTIAL FINANCE CORPORATION, MICHAEL ISAACS, and DAVID STEIN,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiffs' Memorandum of Law in Response to April 11, 2006 Court Order, Dkt. #41, Seeking Substantiation of the Attorneys' Fees and Costs Agreed to by the Parties in the Settlement Agreements Filed With the Court (Dkt. #44), and the Declaration of Sam J. Smith Filed in Support of Plaintiffs' Response to April 11, 2006 Court Order, Docket 41 (Dkt. #45). The Court, having considered Plaintiff's memorandum, time sheets and invoices offered in support of fees and costs, Defendant's agreement to such costs and fees, and being otherwise advised in the premises, finds that the parties' Joint Motion for Approval of Settlement Agreement and Entry of an Order of Dismissal (Dkt. #37) should be granted in its entirety.

It is therefore ORDERED AND ADJUDGED that:

1. The parties' Joint Motion for Approval of Settlement Agreement and Entry of an Order of Dismissal (Dkt. #37) is GRANTED in its entirety.

2. The payment of fees and costs by the Defendant to Plaintiffs is approved in the amount agreed to by the parties within the Settlement Agreements submitted to this Court for *in camera* review.

**DONE** and **ORDERED** in Tampa, Florida on May 19, 2006.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-1794.approval of fees and costs.wpd